# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **25–17362 – MMH**     Chapter: **13**

**Lindsey Louise Vadasz,**
Debtor.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on 4/22/26 at 10:00 a.m., in person in Courtroom 9–C, Baltimore – Judge Harner.

to consider and act upon the following:

48 – Emergency Motion to Vacate Order Granting Relief from Stay, to Reimpose Automatic Stay, for Temporary Restraining Relief, and for Expedited Hearing filed by Lindsey Louise Vadasz (related document)42 Order on Motion For Relief From Stay. (Rybczynski, Mark)

49 – Motion to Modify Plan and for Temporary Suspension of Plan payments filed by Lindsey Louise Vadasz. (Rybczynski, Mark)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/7/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Anna Marie Komisarek
Hearings_MMH@mdb.uscourts.gov

Form ntchrgmdb (rev. 08/13/2024)